UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

SEND

| | | |
|---|---|---|
| Case No | CV 03-2508 R (AN) | Dated and filed on August 31, 2004 |
| Title | Djehuty Ma'at-Ra v Ben Bateman, et al | |

**DOCKET ENTRY**

PRESENT  HON. ARTHUR NAKAZATO, U. S. MAGISTRATE JUDGE

Melissa Cash                                                          None
Deputy Clerk                                                        Court Reporter

**MINUTE ORDER**
(In Chambers - No Appearances)

**PROCEEDINGS:**   Plaintiff's Motion for Summary Judgment, Plaintiff's Motion For Entry of Default And Appropriate Sanctions, and Defendant Robert Morriss' Motion For Summary Judgment ("Motions")

**DISCUSSION:**

The Motions are mutually reset for hearing on September 9, 2004, at 10:00 a m  The Magistrate Judge has reviewed the parties' respective papers and finds that oral arguments would not assist him in ruling on the Motions  Accordingly, the Motions are taken under submission without a hearing pursuant to Local Rule 7-15  No appearances are necessary, and the parties will be served with the Court's rulings

IT IS SO ORDERED

cc    JUDGE REAL
      All Parties

DOCKETED ON CM
SEP - 1 2004
BY ___ 037

Initials of Deputy Clerk ____