Djehuty Ma'at-Ra, *in propria persona*
204 East Lomita Avenue #9
Glendale, California USA 91205
Telephone: (818) 244-5091

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DJEHUTY MA'AT-RA | Case No.: CV-03-2508-R(AN) |
| Plaintiff, | **NOTICE OF APPEAL** |
| -vs- | 28 U.S.C. § 1291 |
| | F.R.Appellate P. 3(a) |
| BEN BATEMAN, et al. | |
| | Date Complaint Filed: April 9, 2003 |
| Defendants. | |
| | Date of Order of Entry: Nov. 30, 2005 |
| | |
| | Date Judgment Entered: Nov. 30, 2005 |
| | |
| | *United States Judge Manuel L. Real* |
| | *U.S. Magistrate Judge Arthur Nakazato* |

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.
DATED: DEC 20 2005
DEPUTY CLERK

DOCKETED ON CM
DEC 19 2005

-1-

NOTICE IS HEREBY GIVEN that Plaintiff, DJEHUTY MA'AT-RA, hereby appeals to the United States Court of Appeals for the Ninth Circuit in accordance pursuant to 28 U.S.C. § 1291 from the Order and Judgment dismissing his entire action with prejudice, entered on November 30, 2005, by the District Court.

A copy of said Order and Judgment are hereto attached.

DATED: December 16, 2005

BY: *Djehuty Ma'at-Ra*
Djehuty Ma'at-Ra, *Plaintiff*

# REPRESENTATION STATEMENT

In accordance pursuant to Circuit Rule 3-2, the names of all parties to the Order and Judgment and the names and addresses of the attorneys for each party are as follows:

| PLAINTIFF: | DEFENDANTS: |
|---|---|
| Djehuty Ma'at-Ra<br>204 East Lomita Avenue # 9<br>Glendale, California USA 91205<br>(818) 244-5091 | Ben Bateman<br>Xzavia Atkins<br>Robert Morris |

## ATTORNEYS FOR DEFENDANTS:

**Scott H. Howard**, *Attorney for Ben Bateman and Xzavia Atkins*
Glendale City Attorney
613 East Broadway, Suite 220
Glendale, CA 91206
(818) 548-2080

**Bradley P. Childers**, *Attorney for Robert Morris*
Millard, Holweger, Child & Marton
655 South Hope Street, 12th Floor
Los Angeles, CA 90017-3211
(213) 627-3113

DATED: December 16, 2005

BY: *Djehuty Ma'at-Ra*
Djehuty Ma'at-Ra, *Plaintiff*